GERALD LEVESQUE ET AL. *v.* TULLIO MORIZIO

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joseph E. Fazzano,* for the appellees (plaintiffs).

*Snow G. Munford,* for the appellant (defendant).

Argued January 5—decided January 5, 1971

LAWRENCE G. HALLY *v.* HOSPITAL OF ST. RAPHAEL ET AL.

The motion by the defendant Calley and Currier, Inc., to dismiss the appeal from the Superior Court in New Haven County is denied.

The motion by the named defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Francis A. Smith, Jr.,* for the appellee (defendant).

*Lawrence W. Iannotti,* for the appellee (named defendant).

*Stephen I. Traub,* for the appellant (plaintiff).

Argued January 5—decided January 5, 1971

WATERBURY TEACHERS ASSOCIATION *v.* WATERBURY BOARD OF EDUCATION

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County at Waterbury is granted.

*Kevin T. Nixon,* for the appellee (plaintiff).

*John D. Mahaney* and *James F. Meenan,* for the appellant (defendant).